

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*

November 29, 2013



**By Hand**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2240
New York, New York 10007

    Re:    <u>United States v. Anas al Liby,</u>
            98 Cr. 1023 (LAK)

Dear Judge Kaplan:

      The Government writes to provide an update and a proposed schedule regarding classified discovery.

      The Government has made expedited efforts to locate classified materials that may be relevant in this case and, through this ongoing process, has already gathered a large number of potentially relevant documents for further review. As this Court is aware, in addition to our review of the classified documents, time may need to be spent, among other things, preparing redacted classified documents for production to cleared defense counsel as well as a motion pursuant to Section Four of the Classified Procedures Act ("CIPA").

Hon. Lewis A. Kaplan, U.S.D.J.
November 29, 2013
Page 2

      In these circumstances, and on consent of counsel for defendant al-Liby, the Government respectfully requests that the Court set a deadline of May 5, 2014, by which the Government must both complete the production of classified discovery and file any CIPA Section Four motion.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

By:    /s/
      Nicholas J. Lewin
      Sean S. Buckley
      Assistant United States Attorneys
      (212) 637-2337 / 2261

cc (by electronic mail):    Bernard V. Kleinman, Esq. (counsel for defendant al Liby)
      Andrew Patel, Esq. (counsel for defendant Bary)
      Bobbi C. Sternheim, Esq. (counsel for defendant Fawwaz)

SO ORDERED *granted*

_____
LEWIS A. KAPLAN, USDJ
12/9/13