

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*

March 3, 2014

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2240
New York, New York 10007

      Re:    **United States v. Anas al Liby**,
            **98 Cr. 1023 (LAK)**

Dear Judge Kaplan:

      The Government writes, with the consent of counsel for defendant al Liby, to respectfully request an extension of time for the Government to respond to al Liby's pending motion to dismiss.

      Pursuant to Your Honor's Individual Rules, the Government's response would be due today. However, the Government respectfully requests, with the consent of counsel for defendant al Liby, a brief adjournment of that deadline to Friday, March 7, 2014, in order to permit the Government to finalize its response papers. In the event the Court grants this request, the parties respectfully request that the time for al Liby to file his reply papers be extended to March 17, 2014.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

    By: __/s/_____
      Sean S. Buckley
      Adam Fee
      Stephen J. Ritchin
      Assistant United States Attorneys
      (212) 637-2261 / 1589 / 2503

cc (by electronic mail): Counsel of record