

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 29, 2014

**DOCKET**

BY HAND DELIVERY

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2240
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/1/14
```

Re: United States v. Khalid al Fawwaz, Adel Abdel Bary, and Anas al Liby,
    98 Cr. 1023 (LAK)

Dear Judge Kaplan:

    The Government respectfully writes to inform the Court that it takes no position with respect to the defendant Khalid al Fawwaz's motion for issuance of letters rogatory (see Docket Entry 1614), so long as the scope of each of the requested depositions is confined to the respective subjects that the Court found to be material in the Court's Memorandum and Opinion, dated February 18, 2104. See Docket Entry No. 1490.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Sean S. Buckley
Nicholas J. Lewin
Stephen J. Ritchin
Adam Fee
Assistant United States Attorneys
(212) 637-2261 / 2779 / 2503 / 1589

cc: Counsel of Khalid al Fawwaz (by electronic mail)