```
UNITED STATES DISTRICT COURT                FILE UNDER SEAL
SOUTHERN DISTRICT OF NEW YORK               WITH THE CLASSIFIED
- - - - - - - - - - - - - - - - - - - - x   INFORMATION
UNITED STATES OF AMERICA,                   SECURITY OFFICER


          -against-                         S10 98 Crim. 1023 (LAK)


ANAS AL LIBY,

                    Defendant.
- - - - - - - - - - - - - - - - - - - - x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/14

**ORDER WITH RESPECT TO THE GOVERNMENT'S CLASSIFIED JULY 7, 2014 LETTER SUBMISSION**, dated July 10, 2014

LEWIS A. KAPLAN, *District Judge.*