**MEMO ENDORSED**

**The New York Times**
620 EIGHTH AVENUE
NEW YORK, N.Y. 10018



July 15, 2014

Hon. Lewis A. Kaplan
U.S. District Court
500 Pearl Street
New York, NY 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/14

Re: US v. Anas al Liby 98-cr-1023

Dear Judge Kaplan,

    In a filing on July 7, 2014 (Docket #1642), Mr. al Liby's lawyer, Bernard V. Kleinman, said he would file by July 14 his "motion seeking Defendant's severance from the scheduled trials of co-defendants Bary and Fawwaz," along with motions related to Rules 15 and 16.

    An entry for the motions related Rules 15 and 16 is reflected on the docket (# 1648), but there is no entry showing a severance motion on July 14. The docket shows one entry for a sealed filing (#1647).

    I hereby request that if the sealed filing is al Liby's motion for severance, that it be unsealed. Thank you very much.

Sincerely,

Ben Weiser
New York Times
Phone: 212-556-4065
Email: weiser@nytimes.com

*The parties shall respond to this request on or before July 21, 2014 at 10:30 a.m. and sooner if possible.*
7/15/14

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ