UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

           - v. -                     :        98 Cr. 1023 (LAK)

ANAS AL LIBY,                 :
        a/k/a "Nazih al Raghie,"
        a/k/a "Anas al Sebai,"         :

               Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# GOVERNMENT'S MEMORANDUM OF LAW
## IN OPPOSITION TO DEFENDANT ANAS AL LIBY'S
## MOTIONS FOR DISCOVERY AND A RULE 15 DEPOSITION

PREET BHARARA
United States Attorney
Southern District of New York

Sean S. Buckley
Nicholas J. Lewin
Adam Fee
Stephen J. Ritchin

      Assistant United States Attorneys
      - Of Counsel -