~~PLAINTIFF'S~~
Ct. **EXHIBIT**
*A*
10:20a 7/23/14

Government of

Libya