Ct. EXHIBIT B 10:30a 7/23/14

Adel el Baboa

Dhafra Fawazzi

Faisal

Erin Petrey