*<u>Presumptively Classified</u>*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
============================== :
**UNITED STATES OF AMERICA,**    :
                                 :
                                 :
          — *versus* —           :   **98-cr-1023 (LAK)**
                                 :
                                 :
**ANAS AL LIBY,**                :
          **Defendant.**         :
============================== :

### <u>DEFENDANT'S MOTION PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 15 FOR THE DEPOSITION OF [REDACTED]</u>

Bernard V. Kleinman, Esq.
Law Office of Bernard V. Kleinman, PLLC
Attorney for Defendant AL LIBY
2 Westchester Park Drive
Suite 418
White Plains, NY 10604
Tel. 914.644.6660
Fax 914.694.1647
Email: attrnylwyr@yahoo.com