UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

              -against-                                  S10 98 Crim. 1023 (LAK)

ANAS AL LIBY,

              Defendant.
------------------------------------------x

## ORDER

Lewis A. Kaplan, *District Judge.*

        Given the belated and possibly untimely filing yesterday of defendant's motion to suppress and the scheduled start of the trial on November 3, 2014, the Court hereby establishes the following schedule for the motion:

        1.     The government's opposition, if any, shall be filed no later than September 29, 2014.

        2.     Defendant's reply, if any, shall be filed no later than October 7, 2014.

        3.     The Court will hear oral argument on October 8, 2014 at 9:30 a.m.

        4.     In the event an evidentiary hearing is held, it will begin on October 15, 2014 at 9:30 a.m. The Court will be available, if need be, also on October 16 in the event any hearing is not completed on October 15.

        SO ORDERED.

Dated:     September 18, 2014

                                                    Lewis A. Kaplan
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/14