USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 22 2014

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

MEMO ENDORSE

RECEIVED
SEP 19 2014
JUDGE KAPLAN'S CHAMBERS

September 19, 2014

BY HAND DELIVERY

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2240
New York, New York 10007

Re:   **United States v. Khalid al Fawwaz and Anas al Liby**,
      98 Cr. 1023 (LAK)

Dear Judge Kaplan:

   The Government writes to respectfully request, with the consent of defendants Khalid al Fawwaz and Anas al Liby, a brief extension of the schedule for filings pursuant to the Classified Information Procedures Act ("CIPA") in the above-referenced case. Specifically, the Government seeks to extend the deadline for its Section 5 response and Section 6 filings from Tuesday, September 23 to Friday, September 26. The Government is seeking this adjournment principally because the Government and defendant Fawwaz have initiated preliminary discussions concerning a potential stipulation that may resolve substantial portions of the Government's and Fawwaz's respective motions and require a brief additional period of time to continue such discussions in advance of further filings. In addition, the Government continues to work with other government agencies to prepare the necessary supporting documents in connection with its Section 5 and 6 filings but has been advised by these other components that they may be unable to prepare such supporting documents by the current filing deadline of September 23.

   In the event the Court grants this request, the parties jointly request that the defendants' deadline for their responsive filings be adjourned by a similar period, from Tuesday, September 30 to Friday, October 3.

Respectfully submitted,
PREET BHARARA
United States Attorney

By: _____
Sean S. Buckley
Adam Fee
Nicholas J. Lewin
Stephen J. Ritchin
Assistant United States Attorneys
(212) 637-2261 / 1589 / 2337 / 2503

MEMO ENDORSED
SO ORDERED  *Granted*
_____
LEWIS A. KAPLAN, USDJ   9/22/14

cc:  Counsel of record (by electronic mail)