UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=================================
UNITED STATES OF AMERICA,

    — versus —                    98-cr-1023 (LAK)

                                       Notice of Motion

ANAS AL LIBY,
        **Defendant.**
=================================

    PLEASE TAKE NOTICE that the above named defendant, ANAS AL-LIBY, by and through his attorney of record, Bernard V. Kleinman, Esq., will move this Court before the Hon. Lewis Kaplan, United States District Judge, Southern District of New York, in the United States Courthouse at 500 Pearl Street, New York, NY, at a time that is convenient to the Court for an order, pursuant to Federal Rule of Criminal Procedure R. 12(b)(3)(C), suppressing the statement made by the Defendant to the FBI on or about October 12, 2013, and for such further and additional relief as the Court deems just and proper.

Dated: White Plains, NY
       Sept. 16, 2014

                                          Yours, *etc.*,

                                          *[signature]*

                                        BERNARD V. KLEINMAN, ESQ.
                                        Attorney for Defendant al Liby

```
 1                                          Law Office of Bernard V. Kleinman, PLLC
 2                                          2 Westchester Park Drive
 3                                          Suite 418
 4                                          White Plains, NY 10604
 5                                          Tel.: (914) 644-6660
 6                                          Fax: (914) 694-1647
 7                                          Email: attrnylwyr@yahoo.com
 8
 9
10
11   To:    Hon. Lewis Kaplan
12          United States District Judge
13          Southern District of New York
14
15          All Counsel of Record via ECF
16
17          Nazih al Raghie, Reg. No. 69539-054
18
19
20
21
```