UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=================================== :
UNITED STATES OF AMERICA,        :
                                 :
                                 :
                                 :
— *versus* —                     :   98-cr-1023 (LAK)
                                 :
                                 :   **Notice of Motion**
                                 :
**ANAS AL LIBY,**                :
          **Defendant.**         :
=================================== :

PLEASE TAKE NOTICE that the above named defendant, ANAS AL-LIBY, by and through his attorney of record, Bernard V. Kleinman, Esq., will move this Court before the Hon. Lewis Kaplan, United States District Judge, Southern District of New York, in the United States Courthouse at 500 Pearl Street, New York, NY, at a time that is convenient to the Court for an order, pursuant to Federal Rule of Criminal Procedure R. 12(b)(2), permitting the Defendant, Anas al Liby, to appear at all in-court proceedings, during the Defendant's trial, in civilian clothes, instead of a prison uniform, and for such other and further relief as the Court shall deem just and proper.

Dated:  White Plains, NY
        October 21, 2014
                                         Yours, *etc.*,


                                         */s/ Bernard V. Kleinman*
                                         BERNARD V. KLEINMAN, ESQ.
                                         Attorney for Defendant al Liby

```
 1                           Law Office of Bernard V. Kleinman, PLLC
 2                           2 Westchester Park Drive
 3                           Suite 418
 4                           White Plains, NY 10604
 5                           Tel.: (914) 644-6660
 6                           Fax: (914) 694-1647
 7                           Email: attrnylwyr@yahoo.com
 8
 9
10
11   To:   Hon. Lewis Kaplan
12         United States District Judge
13         Southern District of New York
14
15         All Counsel of Record via ECF
16
17         Nazih al Raghie, Reg. No. 69539-054
18
19
20
21
```