USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

           -against-                           S7 and S10 98-cr-1023 (LAK)

KHALID AL FAWWAZ and ANAS AL LIBY,

           Defendants.

------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Counsel for any defendant who intends to call counsel's client as a witness at the CIPA hearing scheduled for November 12, 2014 shall notify the government immediately so that the defendant(s) to be called may be produced.

        SO ORDERED.

Dated:      November 5, 2014

                                      _____
                                      Lewis A. Kaplan
                                      United States District Judge