UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

            -against-                         S7 and S10 98-cr-1023 (LAK)

KHALID AL FAWWAZ and ANAS AL LIBY,

           Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Any response to the request, dated November 7, 2014, by the Home Office of the United Kingdom shall be served and filed no later than November 12, 2014.

        SO ORDERED.

Dated:     November 10, 2014

                                            Lewis A. Kaplan
                                     United States District Judge