UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

S7 and S10 98-cr-1023 (LAK)

KHALID AL FAWWAZ (15) and ANAS AL LIBY (21),

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

Lewis A. Kaplan, *District Judge.*

            In accordance with the September 30, 2014 (DI# 1740) Memorandum Opinion of this
Court, the United States Marshal for the Southern District of New York shall provide the anonymous
jurors transportation to-and-from the courthouse.  The transportation shall be provided, unless directed
otherwise by the Court, beginning the day jurors are sworn and continue until the completion of trial.

            SO ORDERED.

Dated:        December 10, 2014

_____
                Lewis A. Kaplan
        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 10 2014