USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

      -against-                                                  S7 98 Crim. 1023 (LAK)

KHALID AL FAWWAZ,

                        Defendant.
------------------------------------------------------------x
UNITED STATES OF AMERICA,

      -against-                                                  S10 98 Crim. 1023 (LAK)

ANAS AL LIBY a/k/a Nasih al Rahjie, a/k/a Anas al Sebai,

                        Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court previously ordered that these cases would be tried jointly. It is informed, however, that defendant al Liby passed away on January 2, 2015. And while the government has advised it that it intends to submit a *nolle prosequi,* the Court assumes that it has not yet done so because a certified copy of the death certificate is not yet available.

        Oral *voir dire* is scheduled to begin on January 20, 2015 by which time the al Liby indictment may not have been dismissed. In the circumstances, the Court directs the parties to show cause, at or before 9:30 a.m. on January 20, 2015, why these indictments should not be severed.

        SO ORDERED.

Dated:      January 15, 2015

                                                            Lewis A. Kaplan
                                                     United States District Judge