UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

           -against-

KHALID AL FAWWAZ and ANAS AL LIBY,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

S7 and S10 98-cr-1023 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/15

## ORDER

Lewis A. Kaplan, *District Judge.*

        The Stipulated Protective Order with Respect to CIPA § 6, dated December 11, 2014, was filed with the Classified Information Security Officer ("CISO"). The Court has been advised by the CISO that the attached copy of that Stipulated Protective Order, reviewed and redacted by the appropriate authorities in accordance with the Classified Information Procedures Act, now may be filed on the public record. Accordingly, the Clerk shall file the attached copy in place of the half sheet [DI 1800].

        SO ORDERED.

Dated:        February 9, 2015

                                     Lewis A. Kaplan
                            United States District Judge



Filed with Classified
Information Security Officer
CISO ~~SECRET // NOFORN~~  _Mac1sso_
Date _12/12/14_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                         :
UNITED STATES OF AMERICA                                 :
                                                         :
          - v. -                                         :   S10 98 Cr. 1023 (LAK)
                                                         :
KHALID AL FAWWAZ,                                        :   STIPULATED PROTECTIVE
     a/k/a "Khaled Abdul Rahman Hamad al                 :   ORDER WITH RESPECT TO THE
              Fawwaz,"                                    :
     a/k/a "Abu Omar,"                                   :   PURSUANT TO CIPA § 6
     a/k/a "Hamad," and                                  :
                                                         :
ANAS AL LIBY,                                            :
          a/k/a "Nazih al Raghie,"                       :
          a/k/a "Anas al Sebai,"                         :
                                                         :
               Defendants.                               :
                                                         :
                                                         :
                                                         :
                                                         :
-------------------------------------------------------- x

KAPLAN, D.J.:

          WHEREAS, on September 29, 2014, the Government filed a notice (the

"Government Section 6 Notice") pursuant to Section 6(b) of the Classified Information

Procedures Act ("CIPA") providing notice of its intention to request a hearing concerning the

use, relevance, and/or admissibility of classified information at trial.

          WHEREAS, in support of its application for a hearing, the Government has

submitted an *ex parte* declaration (the "Component 2014 Declaration") from an employee of a

~~SECRET // NOFORN~~

SECRET // NOFORN

component of the U.S. government (the "Component") regarding the authenticity of the

     WHEREAS, on November 12, 2014, the Court held a hearing (the "November 12

Hearing") pursuant to Section 6 CIPA regarding, *inter alia*, the authenticity and admissibility of

the

     WHEREAS, at the November 12 Hearing counsel for both defendants and the

Government stipulated

     WHEREAS, the Court finds, that disclosure at a public trial of:

     reasonably could be expected to cause exceptionally grave damage to the

national security:

     WHEREAS, the Court finds, pursuant to Rule 104(e)(3) of the Federal Rules of

Evidence, that because of the potential damage to the national security,

     Based on the foregoing, IT IS HEREBY ORDERED that

     as that term is defined in the Government Section 6 Motion, are authentic within the

meaning of Rule 901 of the Federal Rules of Evidence in that they constitute

SECRET // NOFORN

SECRET // NOFORN

IT IS FURTHER ORDERED that the parties shall be prohibited from examining any witness, introducing any evidence, or making any arguments with respect to:

IT IS FURTHER ORDERED that the parties shall be prohibited from examining any witness, introducing any evidence, or making any arguments with respect to

IT IS FURTHER ORDERED that the parties shall be prohibited from examining any witness, introducing any evidence, or making any arguments with respect to the

SECRET // NOFORN

SECRET // NOFORN

IT IS FURTHER ORDERED that this Order be filed under seal with the

Classified Information Security Officer.

AGREED AND CONSENTED TO:

Dated: New York, New York
       December 4, 2014

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York

                                        By: _____
                                        Sean S. Buckley
                                        Adam J. Fee
                                        Nicholas J. Lewin
                                        Stephen J. Ritchin
                                        Assistant United States Attorneys

KHALID AL FAWWAZ                        ANAS AL LIBY

By: _____             By: _____
David V. Kirby, Esq.                    Bernard V. Kleinman, Esq.
Barbara C. O'Connor, Esq.               Counsel for Anas al Liby
Bobbi C. Sternheim, Esq.
Counsel for Khalid al Fawwaz

SO ORDERED in Chambers this ____ day of December, 2014.

                                        _____
                                        THE HONORABLE LEWIS A. KAPLAN
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK

4

SECRET // NOFORN