USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        -against-                                                S10 98 Crim. 1023 (LAK)

ANAS AL LIBY a/k/a Nasih al Rahjie, a/k/a Anas al Sebai,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Last month, the Court received a letter from a reporter, Mr. Adam Klasfeld, who requested the unsealing of a supposed motion to suppress, said to have been filed under seal on December 12, 2014, on behalf of this deceased defendant, Anas al Liby. It denied the motion on the ground that the reporter had not served the government with his request. It pointed out, at the same time, that it would entertain " a new application with proof of service on the government. " DI 1984.

        The Court now is in receipt of a renewed requested, this time "regarding the disclosure of any motion(s) in limine filed under seal opposing the admission of letters" in this case as well as that against a co-defendant. Like the last request, this one bears no indication that Mr. Klasfeld served the government. Accordingly, the request is denied for failure to provide any evidence that the applicant served the government, which is entitled to notice of and an opportunity to respond to the request.

        Applicant may make a second renewed request provided it is accompanied by evidence that the request was served on the United States Attorney's Office and, as this latest request may seek access to materials relating to defendant al Fawwaz, on counsel for al Fawwaz as well. Should such a request be served upon it, the government and al Fawwaz shall respond no later than seventeen days following the date of the request.

        SO ORDERED.

Dated:     June 1, 2015

                                                          Lewis A. Kaplan
                                            United States District Judge